FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DC _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No.: 2:10CR 206 -DSF
                                   )
                    Plaintiff,     )   ORDER OF DETENTION
              v.                   )   (FED.R. CRIM. P.32.1(a)(6); 18
                                   )   U.S.C. § 3143(a))
Marcos Alberto Meza Rodriguez      )
                    Defendant.     )
_____)

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _____ Central _____

District of _____ California _____ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.      (✓)    The defendant has not met his/her burden of establishing by clear and

               convincing evidence that he/she is not likely to flee if released under

               18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

               · UNKNOWN BACKGROUND

               · UNKNOWN BAIL RESOURCES

               · IMMIGRATION STATUS UNDOCUMENTED

               · PREVIOUS DEPORTATION

               · SUBMISSION

1   and/or

2   B.      ( )      The defendant has not met his/her burden of establishing by clear and

3                    convincing evidence that he/she is not likely to pose a danger to the

4                    safety of any other person or the community if released under 18

5                    U.S.C. § 3142(b) or (c).  This finding is based on the following:

6        _____

7        _____

8        _____

9        _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated:   11/17/14

16                                    HONORABLE DAVID T. BRISTOW
                                      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28